# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

159054-5

PAMELA L. TREES,
      Plaintiff-Appellant,

v

PFIZER, INC., PFIZER INTERNATIONAL,
LLC, GREENSTONE, LLC, f/k/a
GREENSTONE LIMITED, and MEIJER, INC.,
      Defendants-Appellees.
_____/

CAROL BEARUP, BARBARA BEECHAM,
SONYA MENCY, VIOLA MOSES, and
HEATHER MACKS,
      Plaintiffs-Appellants,

v

PFIZER, INC., PFIZER INTERNATIONAL,
LLC, GREENSTONE, LLC, f/k/a
GREENSTONE LIMITED, MEIJER, INC.,
and CVS CAREMARK,
      Defendants-Appellees,
and

WAL-MART STORES, INC., d/b/a SAM'S
CLUB, a/k/a SAM'S EAST, INC., and
DOES 1-50.
      Defendants.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159054
COA: 338297
Macomb CC: 2015-003623-NP

SC: 159055
COA: 340191
Wayne CC: 15-013604-NP

On order of the Court, the application for leave to appeal the December 20, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



p0926

Clerk